COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Juan Hernandez and Maria Hernandez v. MERS and
                          Household Finance Corporation III, U.S. Bank Trust, N.A. as
                          Trustee for LSF8 Master Participation Trust and Caliber
                          Home Loans, Inc.

Appellate case number:    01-18-00468-CV

Trial court case number:  2015-32570

Trial court:              133rd District Court of Harris County

Appellants filed a brief with redactions in the Statement of Facts and Argument sections of the brief. Appellants provide no basis for these redactions and no reference to any sealing order. *See* TEX. R. CIV. P. 76a. Appellants filed a seemingly identical brief that is not redacted.

Given that Appellants offer no basis for their redactions and have otherwise disclosed the redacted materials in a second filed brief, Appellants' redacted brief will be stricken and Appellants' unredacted brief will be considered in its place. *See* TEX. R. APP. P. 9.4 (setting forth acceptable form of brief), 9.9 (permitting redaction of sensitive data and setting forth manner of redaction and notice requirements).

Accordingly, it is ORDERED that Appellants' redacted brief is stricken.

Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually     ☐ Acting for the Court

Date: October 4, 2018